| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PULASKI SUPERIOR COURT |
| | ) SS: | |
| | ) | SITTING IN WINAMAC, INDIANA |
| COUNTY OF PULASKI | ) | |

KENNETH ZIMMERMAN, )
KRISTIE ZIMMERMAN, SHAWN )
ZIMMERMAN, AND )
CHEYENNE ZIMMERMAN )
                                                           )
    Plaintiffs, )
                                                           )
  vs. )
                                                           )   CAUSE NO.
                                                           )
STATE AUTO PROPERTY AND CASUALTY )
INSURANCE COMPANY )
                                                           )
    Defendant. )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Come now the Plaintiffs, Kenneth Zimmerman, Kristie Zimmerman, Shawn Zimmerman, and Cheyenne Zimmerman (hereinafter "the Zimmermans"), by counsel, Charles P. Dargo of the **LAW OFFICES OF CHARLES P. DARGO, P.C.,** and for their cause of action against the Defendant, State Auto Property and Casualty Insurance Company (hereinafter "State Auto"), allege and state as follows:

### TORTIOUS BREACH OF CONTRACT & BAD FAITH

1.    At all times relevant herein, Plaintiffs were residents of Pulaski County, Indiana.

2.    On, before and after October 02, 2023, State Auto was an insurance company authorized to do business in the State of Indiana and issued, *inter alia*, policies of insurance to Indiana residents providing, among other types of coverages, homeowners coverage.

3.    On and before October 2, 2023, State Auto issued a policy of insurance to the Plaintiffs, the Zimmermans, for a home located at 15025 W, 450 N., Medaryville, Pulaski County,

Indiana. Said policy was in effect on the day Plaintiffs' home was destroyed by a fire in Pulaski County, Indiana, on or about October 2, 2023. The claim number for the incident is PR-0000000-517603 and the Policy Number for the insurance is 1000768981. A copy of said policy is attached hereto as Exhibit "A".

4. As a result of the foregoing fire, Plaintiffs sustained property damage, loss of use, mental anguish, and emotional distress, among other damages and injuries.

5. State Auto breached its duty to the Plaintiffs under the policy of insurance, including, but not limited to, that:

(A) State Auto has failed or refused to effectuate a prompt, fair and equitable settlement of the claim pursuant to the policy and for which Plaintiffs were an insured;

(B) State Auto has failed or refused to reasonably settle Plaintiffs' claim, despite its possession of evidence that Plaintiffs' damages are covered under the policy of insurance it certified;

(C) State Auto has violated the provisions of I.C. §27-4-1-4.5 without excuse or justification;

(D) State Auto has acted with negligence in the handling of this claim and denial of payment of Plaintiffs' claim following the destruction of the house;

(E) State Auto has failed to tender any reasonable settlement offer to Plaintiffs whatsoever for the damages sustained as a result of the above-described covered loss;

(F) State Auto has breached its insurance contract with its insured;

(G) State Auto has failed to conduct a prompt, full and fair investigation of the claim.

(H) State Auto has unreasonably and without justification or excuse, hindered and delayed the settlement of this claim;

(I) State Auto through its improper claims practices has forced Plaintiffs to resort to the expense and delay of litigation to secure proper relief;

8.  As a direct and proximate result of the malicious acts and omissions of State Auto, as aforesaid, Plaintiffs have sustained damages, and pray for an award of damages in an amount sufficient to cover their damages in accordance with their policy of insurance with State Auto.

**WHEREFORE**, Plaintiffs, pray for judgment against State Auto for contractually owed compensatory damages that are reasonable under the circumstances, for the costs of this action, attorney's fees as allowed by the law, and all further just and proper relief.

Respectfully submitted,

**Law Offices of Charles P. Dargo, P.C.**

/s/ Charles P. Dargo
Charles P. Dargo, # 22325-18
Attorney for Plaintiffs

## JURY DEMAND

Come now the Plaintiffs, by counsel, and hereby demand a trial by jury on all issues presented by way of this litigation.

/s/ Charles P. Dargo
Charles P. Dargo, # 22325-18
Attorney for Plaintiffs

LAW OFFICES OF CHARLES P. DARGO, P.C.
Charles P. Dargo, # 22325-18
David R. Dargo, # 36508-56
Brittany M. Dargo, # 37697-56
5985 E 1015 N
Demotte, Indiana 46310
219/345-3114