UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KENNETH ZIMMERMAN, et al.,

      Plaintiffs,

      v.                                                        Case No. 3:24-CV-68-CCB-SJF

STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY,

      Defendant.

## ORDER

Pursuant to the Stipulation to Dismiss (ECF 23) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** without prejudice, each party bearing its own costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED on May 20, 2025.

                                      _/s/ Cristal C. Brisco_
                                      CRISTAL C. BRISCO, JUDGE
                                      UNITED STATES DISTRICT COURT